UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICKI BARRETT, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV00505 JCH |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant(s). ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Remand, filed March 30, 2010. (Doc. No. 9). The matter was removed to this Court from the Circuit Court of the City of St. Louis on March 25, 2010. Defendant claimed that this Court had jurisdiction based upon diversity jurisdiction under 28 U.S.C. §1332. In Plaintiff's Motion to Remand, Plaintiff stated that the amount in controversy had not met the jurisdictional amount. (Doc. No. 9). Plaintiff stipulated that her claim against Defendant does not exceed $75,000.00. (Doc. No. 12). Thereafter, Defendant filed a consent to Plaintiff's Motion to Remand. (Doc. No. 13).

## **CONCLUSION**

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Remand (Doc. No. 9) is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that this case is **REMANDED** to the Circuit Court of the City of St. Louis, State of Missouri. An appropriate Order of Remand will accompany this Order.

Dated this 5th day of April, 2010.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE